IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dixon, Derek | Case Number: 07 B 12182 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed: 7/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 9, 2008
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,335.00 | |
| Secured: | | 1,941.56 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,084.00 |
| Trustee Fee: | | 309.44 |
| Other Funds: | | 0.00 |
| Totals: | 5,335.00 | 5,335.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,084.00 | 3,084.00 |
| 2. | HSBC Auto Finance | Secured | 9,293.82 | 1,941.56 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 76.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 98.38 | 0.00 |
| 5. | Corporate America Family CU | Unsecured | 145.63 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 72.84 | 0.00 |
| 7. | Aspire Visa | Unsecured | 122.52 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 995.65 | 0.00 |
| 9. | NCO Financial Services Inc | Unsecured | 100.00 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 385.32 | 0.00 |
| 11. | Nicor Gas | Unsecured | 106.79 | 0.00 |
| 12. | Asset Acceptance | Unsecured | | No Claim Filed |
| 13. | Asset Acceptance | Unsecured | | No Claim Filed |
| 14. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | DWIVEDI NEELAM | Unsecured | | No Claim Filed |
| 16. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 17. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 18. | USA Payday Loans | Unsecured | | No Claim Filed |
| 19. | USA Payday Loans | Unsecured | | No Claim Filed |
| 20. | Network Direct | Unsecured | | No Claim Filed |
| | | | $ 14,480.95 | $ 5,025.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dixon, Derek

Printed: 01/22/09

Case Number:  07 B 12182
Judge:  Goldgar, A. Benjamin
Filed:  7/9/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 183.35 |
| 6.5% | 126.09 |
| | $ 309.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

